**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EMMETT JACKSON et. al.,

        Plaintiffs,

vs.                                              CASE NO.: 4:07-cv-404 SPM

BILL PEACOCKS IDLEWILD
TALQUIN LODGE INC. et. al.,

        Defendants.

_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

This cause comes before the Court on the "Joint Motion to Approve Settlement and Dismiss Case" (doc. 23).  Based on the statements of the parties, this Court finds that the mediated Settlement Agreement is fair and reasonable . Accordingly, it is ORDERED AND ADJUDGED as follows:

1.      The joint motion (doc. 23) is granted.

2.      This case is dismissed with prejudice.

3.      The parties shall comply with the terms articulated in the Settlement Agreement.

DONE AND ORDERED this twelfth day of February, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge